1  KYLE J. HUMPHREY (SBN 118477)
   JARED M. THOMPSON (SBN 261942)
   THE LAW OFFICES OF KYLE J. HUMPHREY
2  2211 17th Street
   Bakersfield, CA 93301
3  (661) 327-1360 (phone)
   (661) 327-2942 (facsimile)
4
   Attorneys for
5  Michael Scott Cooper

6                    **UNITED STATES DISTRICT COURT**

7                    **EASTERN DISTRICT OF CALIFORNIA**

8  UNITED STATES OF AMERICA,              Case No. 1:10CR425  AWI

9                  Plaintiff,             **STIPULATION AND ORDER TO
                                          CONTINUANCE OF STATUS
10                 vs.                    CONFERENCE**

11 MICHAEL SCOTT COOPER,
                                          **Date:  November 28, 2011**
12               Defendant                **Time: 9:00 a.m.**

13

14        The Defendant, Michael Scott Cooper, by and through his attorney of record, Kyle J.

15 Humphrey, and the United States of America, by and through its attorney of record, Jeremy

16 Jehangiri, hereby stipulate as follows:

17 1.  The status conference in this matter is currently set for November 28, 2011 at 9:00 a.m.

18 2.  The defense is seeking a continuance of the status conference on the ground that additional

19     time is needed for the defense expert to complete the analysis of the alleged contraband in

20     this case and to confer with defense counsel, as well as the defendant, regarding the expert's

21     findings.

   3.  The defense is requesting that Mr. Cooper's status conference be continued to December 19,
22
       2011, at 9:00 a.m.
23
   4.  The United States has no objection to the requested continuance and the date selected.  The
24
       date was selected after consultation between the attorneys regarding a reasonable estimate to
25
       complete review of the evidence.

5.     The parties agree that the time until the next status conference be excluded under the Speedy Trial Act for defense investigation and to preserve the interests of justice under 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

DATED: November 21, 2011                    The Law Office of Kyle J. Humphrey

                                                          By: /s/  Jared M. Thompson
                                                          Jared M. Thompson, Attorney for
                                                          Defendant, Michael Scott Cooper

DATED:  November 21, 2011                   United States Attorney's Office

                                                          By: /s/ Jeremy Jehangiri
                                                          Jeremy Jehangiri
                                                          Assistant United States Attorney

[ORDER APPEARS ON FOLLOWING PAGE]

**ORDER**

IT IS HEREBY ORDERED that Mr. Cooper's Status Conference date, currently set on November 28, 2011, at 9:00 a.m., be continued to December 19, 2011, at 9:00 a.m.  Time is excluded under the Speedy Trial Act, for the reasons outlined in the stipulation, through that date and time as well.

IT IS SO ORDERED.

Dated:   November 23, 2011        _____

CHIEF UNITED STATES DISTRICT JUDGE