KYLE J. HUMPHREY (SBN 118477)
JARED M. THOMPSON (SBN 261942)
THE LAW OFFICES OF KYLE J. HUMPHREY
2211 17th Street
Bakersfield, CA 93301
(661) 327-1360 (phone)
(661) 327-2942 (facsimile)

Attorneys for
Michael Scott Cooper

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:10CR425 AWI |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO RELEASE OF PROPERTY** |
| vs. | |
| MICHAEL SCOTT COOPER, | **Hon. Anthony W. Ishii** |
| Defendant | |

The Defendant, Michael Scott Cooper, by and through his attorney of record, Kyle J. Humphrey, and the United States of America, by and through its attorney of record, Jeremy Jehangiri, hereby stipulate as follows:

1. The following items of property be released and returned to Suzanne Tousseau. The items are described as set forth in Bakersfield Police Department Report GO2010-107486 as follows:

    a. PR176394-16: HP Desktop Mod Pavillion Slimline s3700y S/N 3CR913053R.
    b. PR176394-6: Acer Laptop Mod AspirOne S/N LUS680B492942091991601

Joint Stipulation to Release Property - 1

**IT IS SO STIPULATED.**

DATED: November 23, 2011        The Law Office of Kyle J. Humphrey


By: /s/ Jared M. Thompson
Jared M. Thompson, Attorney for
Defendant, Michael Scott Cooper


DATED: November 23, 2011        United States Attorney's Office

By: /s/ Jeremy Jehangiri
Jeremy Jehangiri
Assistant United States Attorney

[ORDER APPEARS ON FOLLOWING PAGE]

Joint Stipulation to Release Property - 2

**ORDER**

IT IS HEREBY ORDERED that the following items of property be released and returned to Suzanne Tousseau. The items are described as set forth in Bakersfield Police Department Report GO2010-107486 as follows:

1. PR176394-16: HP Desktop Mod Pavillion Slimline s3700y S/N 3CR913053R.
2. PR176394-6: Acer Laptop Mod AspirOne S/N LUS680B492942091991601

IT IS SO ORDERED.

Dated: __November 23, 2011__   _____
CHIEF UNITED STATES DISTRICT JUDGE