KYLE J. HUMPHREY (SBN 118477)
JARED M. THOMPSON (SBN 261942)
THE LAW OFFICES OF KYLE J. HUMPHREY
2211 17th Street
Bakersfield, CA 93301
(661) 327-1360 (phone)
(661) 327-2942 (facsimile)

Attorneys for
Michael Scott Cooper

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:10CR425 AWI |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUANCE OF STATUS CONFERENCE** |
| vs. | |
| MICHAEL SCOTT COOPER, | **Date: December 19, 2011**<br>**Time: 9:00 a.m.** |
| Defendant | |

The Defendant, Michael Scott Cooper, by and through his attorney of record, Kyle J. Humphrey, and the United States of America, by and through its attorney of record, Jeremy Jehangiri, hereby stipulate as follows:

1. The status conference in this matter is currently set for December 19, 2011 at 9:00 a.m.

2. The defense is seeking a continuance of the status conference on the ground that counsel for the defendant must undergo a necessary medical procedure on the advice of his physician. The procedure was scheduled for December 19, 2011, as that was the earliest available date to perform the procedure.

3. The defense is requesting that Mr. Cooper's status conference be continued to January 23, 2012, at 9:00 a.m.

4. The United States has no objection to the requested continuance and the date selected. The date was selected after consultation between the attorneys regarding the reason for the defense's request.

Joint Stipulation of all parties to Continue Trial - 1

5. The parties agree that the time until the next status conference be excluded under the Speedy Trial Act for counsel availability and to preserve the interests of justice under 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

DATED: December 15, 2011        The Law Office of Kyle J. Humphrey

                                                      By: /s/ Jared M. Thompson
                                                     Jared M. Thompson, Attorney for
                                                     Defendant, Michael Scott Cooper

DATED: December 15, 2011        United States Attorney's Office

                                                     By: /s/ Jeremy Jehangiri
                                                     Jeremy Jehangiri
                                                   Assistant United States Attorney

[ORDER APPEARS ON FOLLOWING PAGE]

**ORDER**

IT IS HEREBY ORDERED that Mr. Cooper's Status Conference date, currently set on December 19, 2011, at 9:00 a.m., be continued to January 23, 2012, at 9:00 a.m. Time is excluded under the Speedy Trial Act, for the reasons outlined in the stipulation, through that date and time as well.

IT IS SO ORDERED.

Dated: December 16, 2011  
_____  
CHIEF UNITED STATES DISTRICT JUDGE

Joint Stipulation of all parties to Continue Trial - 3