**KYLE J. HUMPHREY (SBN 118477)**
**JARED M. THOMPSON (SBN 261942)**
**LAW OFFICE OF KYLE J. HUMPHREY**
**2211 17th Street**
**Bakersfield, California 93301**
**Tel: (661) 327-1360**

**Attorneys for Defendant:**
**MICHAEL SCOTT COOPER**

# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL SCOTT COOPER,<br><br>Defendant. | Case No. 1:10-CR-00425-AWI<br><br>**DEFENDANT'S MOTION FOR LEAVE TO FILE MOTIONS IN LIMINE AFTER DATE SET BY COURT**<br><br>**ORDER** |

TO: THE ABOVE-ENTITLED COURT; UNITED STATES ATTORNEY'S OFFICE:

Pursuant to the Federal Rules of Criminal Procedure, Rule 12, Defendant, MICHAEL SCOTT COOPER, by and through his counsel, KYLE J. HUMPHREY, hereby moves the Court to allow the defendant to submit his motions in limine after the deadline set for filing and service of motions in limine.

Counsel for the defense inadvertently mis-calendared the date set by the court for filing and service of motions in limine. Counsel mistakenly calendared this date for April 2, 2012, rather than the actual date of March 5, 2012. Therefore, counsel requests leave to file the defendant's motions in limine by April 2, 2012, at 4:00 p.m.

Dated: April 2, 2012

                                                                            /S/ Kyle J. Humphrey_____
                                                                            KYLE J. HUMPHREY
                                                                            Attorney for Defendant
                                                                            MICHAEL COOPER

# DECLARATION OF COUNSEL IN SUPPORT OF
# MOTION FOR LEAVE TO FILE MOTIONS IN LIMINE AFTER DATE SET BY COURT

I, KYLE J. HUMPHREY, declare as follows:

1. I am the attorney of record for the defendant, MICHAEL SCOTT COOPER.

2. I am requesting leave from the court to file the defendant's motions in limine past the date set by the court. Due to inadvertence in calendaring the due date for our motions in limine, counsel believed the due date to be April 2, 2012, rather than the actual date, March 5, 2012. Counsel apologizes to the court for this mistake and for any inconvenience caused by it.

3. The defendant's motions in limine are complete and ready for filing. The defendant's responses to the government's motions in limine are also filed as of today's date. Counsel contacted AUSA Jeremy Jehangiri on today's date to inform him that counsel would be filing the defendant's motions in limine as soon as possible.

4. Counsel anticipates being able to proceed with trial on the date currently set. The defendant's motions in limine are not complex and the issues raised can still be addressed by the hearing on the in limine motions set for April 23, 2012. Counsel, like the court and opposing counsel, would like to litigate this case to finality without further delay.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 2, 2012                    Respectfully submitted,

                                        Kyle J. Humphrey_____
                                        KYLE J. HUMPHREY
                                        Attorney for Defendant
                                        MICHAEL SCOTT COOPER

**ORDER**

IT IS HEREBY ORDERED that the deadline to file the defendant's motions in limine be extended and that defendant file motions in limine no later than April 2, 2012, by 4:00 p.m.

IT IS SO ORDERED.

Dated: April 3, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE