```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JEREMY R. JEHANGIRI
    Assistant United States Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5

 6  Attorneys for the
        United States of America
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:10-CR-00425-AWI |
|---|---|
| Plaintiff, | ) PRELIMINARY ORDER OF FORFEITURE |
| v. | ) |
| MICHAEL SCOTT COOPER, | ) |
| Defendant. | ) |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Michael Scott Cooper, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant Michael Scott Cooper's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. One Toshiba Laptop Computer, Model A215-55829, Serial Number 58124590K;

    b. One Hitachi Hard Drive, Model HTS542516K9SA00, Serial Number 080404b0C00QGG9MN8C.

2. The above-listed property constitutes property which

contains visual depictions mailed, shipped or transported in violation of 18 U.S.C. § 2252(a), or was used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violation, all in violation of 18 U.S.C. § 2253.

3.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service, in its secure custody and control.

4.   a.   Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

     b.   This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will

be addressed.

IT IS SO ORDERED.

Dated: May 24, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE